No. 85–1119. MARKOWSKI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–1123. TAYLOR *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–1124. CHRISTENSEN *v.* UNITED STATES (two cases). C. A. 10th Cir. Certiorari denied.

No. 85–1125. PRYOR *v.* PRYOR. Ct. App. Okla. Certiorari denied.

No. 85–1127. KING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–1128. HALE ET UX. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–1130. HAMILTON ET AL. *v.* ALDAG, TOWN CLERK FOR LOS GATOS (FERRITO ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 85–1132. ROSENTHAL & ROSENTHAL INC. ET AL. *v.* NEW YORK STATE URBAN DEVELOPMENT CORPORATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–1134. FIRST UNITED FUND, LTD. *v.* BROCKTON SAVINGS BANK. C. A. 1st Cir. Certiorari denied.

No. 85–1135. FLOYD *v.* HAIG ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–1136. WINSLOW *v.* BOARD OF COUNTY COMMISSIONERS OF MORGAN COUNTY, COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 85–1137. ELSTON ET AL. *v.* BOARD OF LEVEE COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 85–1139. AMERICAN VELODUR METAL, INC. *v.* SCHINABECK. App. Ct. Mass. Certiorari denied.